Chad S. Pehrson (12622)
KUNZLER BEAN & ADAMSON, PC
50 West Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
Facsimile: (801) 758-7436
cpehrson@kba.law

*Attorneys for APG Financial*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**CAROL ARAGON**,<br><br>Debtor. | Case No. **22-23804**<br>(Chapter 13)<br><br>Judge Kevin R. Anderson |

**ORDER GRANTING MOTION FOR AUTOMATIC PROTECTION**

APG Financial filed a Motion for Adequate Protection which was heard on January 30. Upon consideration of the briefs and arguments of counsel, and based upon the principle that since the Debtor has had possession of the car, she should have been paying adequate protection, IT IS HEREBY ORDERED ADJUDGED AND DECREED:

- That Debtor must make an adequate protection payment of $226;

- That Debtor must surrender the Vehicle no later than February 7, 2023.

- Any amount of adequate protection payments owed but not paid by Debtor shall become an allowed administrative claims, with priority in the event of dismissal or conversion.

****End of Order*****

**CERTIFICATE OF SERVICE FOR COURT CLERK**

      I, Court Clerk, hereby certify that on _____, 2023, I served a copy of the foregoing **ORDER STRIKING HEARING AND GRANTING ADEQUATE PROTECTION PAYMENTS** upon the following electronically via ECF:

**Ryan D. Baxter**
2036 Lincoln Ave., Ste. 102B
Ogden, UT 84401
801-688-8533
Email: ryan.baxter.law@gmail.com

**Lon Jenkins tr**
Ch. 13 Trustee's Office
465 South 400 East
Suite 200
Salt Lake City, UT 84111
801-596-2884
ecfmail@ch13ut.org

*U.S. Trustee*
**United States Trustee**
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111
USTPRegion19.SK.ECF@usdoj.gov